UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. FOOTE

VERSUS

ROBERT TANNER, ET AL.

CIVIL ACTION

NO. 16-102-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 26, 2016, to which no objection was filed:

**IT IS ORDERED** that the instant petition be considered, in part, as a motion for authorization to proceed with this successive habeas corpus application and that the instant petition is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631, so that the Court of Appeals may determine whether to grant the petitioner authorization to file the instant habeas corpus petition in this Court.

Signed in Baton Rouge, Louisiana, on March 15, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**