UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. FOOTE

VERSUS

ROBERT TANNER, ET AL.

CIVIL ACTION

NO. 16-102-JWD-RLB

AMENDED O P I N I O N

An objection to the Report and Recommendation was received after the Court entered its Opinion. The Objection to the Report and Recommendation filed by the Plaintiff (Doc. 6) has now been reviewed and considered by the Court. After considering the Plaintiff's Objection, the Court agrees with the Report and Recommendation of the United States Magistrate Judge and finds no errors of law or fact.

**IT IS ORDERED** that the instant petition is considered, in part, as a motion for authorization to proceed with this successive habeas corpus application and that the instant petition is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631, so that the Court of Appeals may determine whether to grant the petitioner authorization to file the instant habeas corpus petition in this Court.

Signed in Baton Rouge, Louisiana, on March 23, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA